**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 8 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.

ESTER KUPCZYK on behalf of herself and
all other similarly situated consumers

1:18-cv-03909-ARR-SMG

Plaintiff,

**NOTICE OF VOLUNTARY
DISMISSAL WITH
PREJUDICE**

-against-

CAPITAL MANAGEMENT SERVICES, L.P.

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that

a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
August 25, 2018

   /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

So ordered.                     /s/(ARR)

-1-